IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 0:12-cv-60314-JIC**

DRUGPLACE, INC.,

      Plaintiff,

vs.

HUMANA HEALTH PLAN, INC., et al.,

      Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DRUGPLACE, INC. hereby notifies the Court and all parties of its dismissal of this action without prejudice, with the parties bearing their respective costs and attorney's fees.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 29, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          /s/ Andrew T. Lavin
          ANDREW T. LAVIN, ESQ.
          Florida Bar No. 260827
          E-Mail: alavin@navonlavin.com
          NAVON & LAVIN, P.A.
          2699 Stirling Road, Suite B-100
          Fort Lauderdale, FL 33312
          Telephone: (954) 967-2788
          Facsimile: (954) 983-7021
          Attorney for Plaintiff

\\SERVER\Docs\LAVIN\Drug Place\v. Humana\District Court Case No. 12-60314-civ-Cohn-Seltzer\Notice of Voluntary Dismissal without Prejudice.wpd

## SERVICE LIST

DRUGPLACE, INC., vs. HUMANA HEALTHPLAN, INC., et al.

### CASE NO.: 0:12-cv-60314-JIC

United States District Court, Southern District of Florida

**Andrew T. Lavin, Esq.**
E-mail: alavin@navonlavin.com
Navon & Lavin, P.A.
2699 Stirling Road, Suite B-100
Fort Lauderdale, FL 33312
Telephone: (954) 967-2788
Facsimile: (954) 983-7021
Attorney for Plaintiff
*Via CM/ECF*

**Andrew R. Kruppa, Esq.**
E-mail: Andrew.Kruppa@squiresanders.com
**Daniel C. Mazanec, Esq.**
E-mail: Daniel.Mazanec@squiresanders.com
**Pierre H. Bergeron, Esq.**
E-mail: Pierre.Bergeron@squiresanders.com
Squire Sanders, LLP
200 South Biscayne Boulevard
Suite 400
Miami, Florida 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Attorneys for Defendants
*Via CM/ECF*